ROBERT C. A. PETERSON, Respondent, v. HARRY RENSKORF and Others, Doing Business under the Firm Name and Style of RENSKORF, LYON & COMPANY, Appellants.

Appeal from an order entered in the office of the clerk of the county of New York on the 18th day of April, 1912, granting an examination of defendants' books, etc.

PER CURIAM: The order appealed from should be modified so as to require the defendants to furnish to the plaintiff within twenty days after service of a copy of the order to be entered hereon verified copies of all entries in the defendants' books specified in the order relating to the transactions between the defendants and the plaintiff and between the defendants and the plaintiff's assignor, G. P. Bliss; and in default thereof that the plaintiff have the inspection provided for in the order appealed from. As so modified the order is affirmed, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Miller and Dowling, JJ. Clarke, J., dissented and voted for reversal. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

———

ROSE BURADA, Respondent, v. JACOB ADLER, Appellant.

Appeal from an order entered in the office of the clerk of the county of New York on the 29th day of March, 1912, granting an injunction during the pendency of the action.

PER CURIAM: We think that the facts as presented justified the court in granting the injunction pending the trial, and without intimating any opinion as to whether the plaintiff should be ultimately entitled to judgment we think the order should be affirmed. The order is, therefore, affirmed, with ten dollars costs and disbursements. Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ. Order affirmed, with ten dollars costs and disbursements.

———

CARLETON HALE, Appellant, v. HANS TRIEST and Others, Respondents

Appeal from an order entered in the office of the clerk of the county of New York on the 14th day of May, 1912, granting a motion to vacate an order for the examination of defendants before trial.

PER CURIAM: We think, upon the facts disclosed, that the plaintiff was entitled to examine the defendants to ascertain the facts to enable him to serve an amended complaint. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ. McLaughlin and Dowling, JJ., dissented upon the ground that this court has heretofore held that the complaint served did not state a cause of action, and there are no additional facts set up in the moving papers. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.